IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY HALL | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 1:14-cv-1730 |
| | ) |
| JOHNSON CONTROLS, INC. and | ) |
| MH EQUIPMENT CORPORATION | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL OF CIVIL ACTION

The Honorable Judges of the United States District Court for the Southern District of Indiana, Indianapolis Division:

Removing party, MH Equipment Corporation, by the undersigned attorney, respectfully shows this Court:

1. Removing party is a Defendant in the above-entitled action.

2. On October 1, 2014, the above-entitled action was commenced against the removing party in the Marion County Superior Court of the State of Indiana Cause No. 49D05-1410-CT-032840; captioned *Bradley Hall v. Johnson Controls, Inc. and MH Equipment,* and is now pending therein.

3. On October 7, 2014, MH Equipment Corporation received a Summons and Complaint in the above-entitled action via certified mail.

4. On October 15, 2014, Plaintiff was granted leave to file an Amended Complaint for Damages.

5. No further proceedings have been had herein in the Marion County Superior Court.

6. Plaintiff is a citizen of the State of Indiana.

7. Defendant Johnson Controls, Inc. is a Wisconsin corporation with is principal place of business located at 5757 N. Green Bay Avenue, Corporate Tax-X81, Milwaukee, WI 53209.

8. Defendant MH Equipment Corporation is an Illinois corporation with its principal place of business located at 2001 E. Hartman Road, P.O. Box 50, Mossville, IL 61552.

9. The above-entitled action is a civil action for personal injury caused by the accident. By virtue of diversity jurisdiction, Defendant MH Equipment Corporation is entitled to removal.

10. This action involves a matter where the amount of controversy exceeds the value of $75,000 exclusive of interest and costs. Although Plaintiff did not allege a specific amount in controversy in the Complaint.

11. This Court has original diversity jurisdiction of the above-entitled action pursuant to 28 U.S.C. '1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. '1441(a).

12. Copies of the Complaint and Amended Complaint served on removing parties in the above-entitled action are attached hereto and made a part hereof as Exhibit A.

13. A true and correct copy of this Notice of Removal was filed with the Clerk of Marion County Superior Court, Cause No. 49D05-1410-CT-032840, on the date of filing of this Notice of Removal. A copy of the Notice to Clerk of Filing Notice for Removal of Civil Action, is attached as Exhibit "B."

14. This Notice is filed with this Court within 30 days after service on removing party of the Summons and Complaint.

WHEREFORE, Defendant, MH Equipment Corporation, respectfully requests that this action be removed from the Marion County Superior Court, Cause No. 49D05-1410-CT-032840 to the United States District Court for the Southern District of Indiana, Indianapolis Division, for trial and determination.

LEWIS WAGNER, LLP

By: s/ ROBERT R. FOOS, JR.
    ROBERT FOOS, JR., #20885-45
    LESLEY A. PFLEGING, #26857-49A
    KATHERINE S. STRAWBRIDGE, #30123-49
    LEWIS WAGNER, LLP
    501 Indiana Avenue, Suite 200
    Indianapolis, IN 46202
    Phone: (317) 237-0500
    Fax: (317) 630-2790
    Email: rfoos@lewiswagner.com
    lpfleging@lewiswagner.com
    kstrawbridge@lewiswagner.com

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Notice of Removal of Civil Action has been filed with the Clerk of the Court on October 22, 2014 using the CM/ECF system which sent notification of this filing to the following:

    J. Kirk LeBlanc
    LeBLANC NETTLES DAVIS
    kirk@indianalawgroup.com

                                      s/ ROBERT R. FOOS, JR.
                                      ROBERT FOOS, JR.

LEWIS WAGNER, LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN  46202
317-237-0500
317-630-2790 (fax)

Q:\18862\0002\Pleadings\Notice of Removal.docx