# EXHIBIT "A"

| | |
|---|---|
| STATE OF INDIANA ) | IN THE MARION COUNTY SUPERIOR COURT |
| ) SS: | |
| COUNTY OF MARION ) | CAUSE NO. 49C01-1410-PL-032832 |

BRADLEY HALL,

    Plaintiff,

v.

JOHNSON CONTROLS INC. and
MH EQUIPMENT,

    Defendants.

**FILED**
(236) OCT 01 2014

Elizabeth R. White
CLERK OF THE MARION CIRCUIT COURT

## COMPLAINT AND REQUEST FOR JURY TRIAL

The Plaintiff, Bradley Hall, by counsel, for his cause of action against the defendants, alleges and says:

1. At all relevant times, Plaintiff was a resident of Hendricks County, Indiana.

2. At all relevant times, Defendants, Johnson Controls and MH Equipment were businesses operating in Marion County, Indiana.

3. At all times relevant herein, Johnson Controls supervised the work site located at 2001 S. Tibbs Avenue, Indianapolis, Indiana 46241.

4. At all relevant times, MH Equipment, Defendants owned and was responsible for ensuring any equipment they rented was working properly

5. On or about March 28, 2014, the Plaintiff, Bradley Hall was an employee of Rolls Royce under the supervision of Johnson Controls at 2001 W. Tibbs Avenue, Indianapolis, Indiana.

6. On or about March 28, 2014, while Plaintiff was attempting to clean a Nitric Acid tank located in Rolls Royce using the Nitric Acid Tanker owned by MH Equipment the tanker malfunctioned, causing an explosion which resulted in Plaintiff's physical and emotional injuries.

7. As a direct and proximate result of Defendants negligence Plaintiff has sustained physical and emotional injuries.

WHEREFORE, the Plaintiff prays for a judgment against the Defendants in an amount that will fully compensate him for his injuries, for the cost of this action, and for all other proper relief.

## REQUEST FOR JURY TRIAL

The Plaintiff, Bradley Hall, respectfully requests a trial by jury for all issues raised in this case.

LeBLANC NETTLES DAVIS

_____
J. Kirk LeBlanc, #22852-49
Nelson A. Nettles, #16820-53
Neil A. Davis, #19318-49
Attorneys for Plaintiffs

LeBLANC NETTLES DAVIS
401 East Main Street
Brownsburg, IN 46112
317-858-3200; Fax: 317-858-3232
kirk@indianalawgroup.com
nelson@indianalawgroup.com
neil@indianalawgroup.com

2

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | ) | SS: |
| COUNTY OF MARION | ) | CAUSE NO. 49D05-1410-CT-032840 |

| | |
|---|---|
| BRADLEY HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHNSON CONTROLS INC. and | ) |
| MH EQUIPMENT CORPORATION | ) |
| | ) |
| Defendants. | ) |

## AMENDED COMPLAINT AND REQUEST FOR JURY TRIAL

The Plaintiff, Bradley Hall, by counsel, for his cause of action against the defendants, alleges and says:

1. At all relevant times, Plaintiff was a resident of Hendricks County, Indiana.

2. At all relevant times, Defendants, Johnson Controls and MH Equipment Corporation were businesses operating in Marion County, Indiana.

3. At all times relevant herein, Johnson Controls supervised the work site located at 2001 S. Tibbs Avenue, Indianapolis, Indiana 46241.

4. At all relevant times, Defendant, MH Equipment Corporation, owned and was responsible for ensuring any equipment they rented was working properly

5. On or about March 28, 2014, the Plaintiff, Bradley Hall was an employee of Rolls Royce under the supervision of Johnson Controls at 2001 W. Tibbs Avenue, Indianapolis, Indiana.

6. On or about March 28, 2014, while Plaintiff was attempting to clean a Nitric Acid tank located in Rolls Royce using the Nitric Acid Tanker owned by MH Equipment Corporation the tanker malfunctioned, causing an explosion which resulted in Plaintiff's physical and emotional injuries.

EXHIBIT A

7. As a direct and proximate result of Defendants negligence Plaintiff has sustained physical and emotional injuries.

WHEREFORE, the Plaintiff prays for a judgment against the Defendants in an amount that will fully compensate him for his injuries, for the cost of this action, and for all other proper relief.

### REQUEST FOR JURY TRIAL

The Plaintiff, Bradley Hall, respectfully requests a trial by jury for all issues raised in this case.

LeBLANC NETTLES DAVIS

_____
J. Kirk LeBlanc, #22852-49
Nelson A. Nettles, #16820-53
Neil A. Davis, #19318-49
Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served by first class U.S. mail, postage prepaid, on October 9, 2014 to the following counsel of record:

Johnson Controls, Inc.
CT Corporation Systems
150 West Market Street, Suite 800
Indianapolis, IN 46204

Robert Foos
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202

_____
J. Kirk LeBlanc

LeBLANC NETTLES DAVIS
401 East Main Street
Brownsburg, IN 46112
317-858-3200; Fax: 317-858-3232

2