IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:14-cv-01730-JMS-DML |
| | ) |
| JOHNSON CONTROLS, INC. and | ) |
| MH EQUIPMENT CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### AGREED ORDER OF DISMISSAL

COME NOW the parties and file their *Joint Stipulation for Voluntary Dismissal*.

The Court, having reviewed said Stipulation and being duly advised in the premises, hereby finds it should be approved.

IT IS HEREBY ORDERED THAT:

1. This action is hereby dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and attorneys' fees.

SO ORDERED THIS 26th DAY OF OCTOBER, 2015.

*/s/ Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.